[Civil No. 887.]

LOUISE KING, and W. A. KING, Appellants, v. C. L. CUMMINGS, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.

A. R. English, for Appellants.

Ben Goodrich, for Appellee.

January 11, 1905. Affirmed on short transcript.